**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SUN FEDERAL CREDIT UNION | : | No. 628 MAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| TRACY CURTIS BOGANS AND ANGELA | : | |
| WEST-BOGANS | : | |
| | : | |
| | : | |
| PETITION OF: ANGELA WEST-BOGANS | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 1st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.